# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| Armon J. Williams, | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIV-11-337-RAW-KEW |
| | ) |
| Mike Mullin, Warden | ) |
| Respondent, | ) |

## OPINION AND ORDER

Now before the court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **Tulsa** County, Oklahoma, which is located within the territorial jurisdiction of the **NORTHERN** District of Oklahoma. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred** to the **NORTHERN** District of Oklahoma for all further proceedings.

IT IS SO ORDERED this 19th day of October 2011.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE